IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.          NO. 6:06m6008-001
   (Western District of Texas Case # DR-03-CR-391 (1) AML )

KENNETH WAYNE TATMAN                                        DEFENDANT

### ORDER OF REMOVAL

The above named defendant, after being arrested in this district on a warrant from the Western District of Texas, on <u>a petition for warrant for offender under supervision in violation of the conditions of his supervised release imposed by the court,</u> and after being identified as the person named in the warrant, was remanded to the custody of the United States Marshal pending removal to the Western District of Texas.

The United States Marshal for the Western District of Arkansas is hereby commanded to remove the above-named defendant to the Western District of Texas and deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

IT IS SO ORDERED this 17th day of August 2006.

HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 1 7 2006

CHRIS R. JOHNSON, CL...
BY /s/ B. Alder
DEPUTY CLERK

AO72A
(Rev. 8/82)